**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____**Southern District of Texas**_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **FP Houston Apartments, LLC** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **Forest Park Apartments** | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 7 – 4 6 6 2 0 2 2 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12635 Tidwell Rd**<br>Number       Street | **5201 Great America Parkway**<br>Number       Street |
| **Houston, TX 77044-2007**<br>City                      State       ZIP Code | **Santa Clara, CA 95054-1122**<br>City                      State       ZIP Code |
| **Harris**<br>County | Location of principal assets, if different from principal place of business<br><br>Number       Street<br><br>City                      State       ZIP Code |

5. Debtor's website (URL)     _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor **FP Houston Apartments, LLC**  
Name

Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☐ None of the above<br><br>**B.** *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>__5__ __3__ __1__ __1__ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                                MM / DD / YYYY<br>         District _____  When _____  Case number _____<br>                                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>         District _____  When _____<br>                                          MM / DD / YYYY<br>         Case number, if known _____ |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 2

Debtor    **FP Houston Apartments, LLC**                    Case number *(if known)* _____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number     Street

_____
City                              State   ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49        ☑ 50-99       ☐ 1,000-5,000      ☐ 5,001-10,000     ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199     ☐ 200-999     ☐ 10,001-25,000                        ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor   **FP Houston Apartments, LLC**          Case number *(if known)*
  Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/03/2025**
   MM/ DD/ YYYY

X  **/s/ Dal Thandi**                                **Dal Thandi**
Signature of authorized representative of debtor      Printed name

Title   **Manager**

**18. Signature of attorney**

X   **/s/ David Ritter**                Date  **11/03/2025**
Signature of attorney for debtor               MM/ DD/ YYYY

**David Ritter**
Printed name

**Ritter Spencer PLLC**
Firm name

**17950 Preston Rd # 250**
Number      Street

**Dallas**                  **TX**      **75252-5793**
City                     State       ZIP Code

**(214) 295-5078**              **dritter@ritterspencercheng.com**
Contact phone                 Email address

**00791534**                 **TX**
Bar number                  State

# United States Bankruptcy Court
## Southern District of Texas

In re   **FP Houston Apartments, LLC**    Case No. _____

Debtor(s)    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **FP Houston Apartments, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Nestfund Investments, LLC**

☐ None [*Check if applicable*]


**11/03/2025**
Date

/s/ David Ritter
**David Ritter**
Signature of Attorney or Litigant
Counsel for   **FP Houston Apartments, LLC**
**Bar Number: 00791534**
**Ritter Spencer PLLC**
**17950 Preston Rd # 250**
**Dallas, TX 75252-5793**
**Phone: (214) 295-5078**
**Email: dritter@ritterspencercheng.com**

1

# RESOLUTIONS OF THE MANAGER OF FP HOUSTON APARTMENTS, LLC

The undersigned, being the manager of Nestfund Investments, LLC the Managing Member (the "Manager") of FP Houston Apartments, LLC, a Delaware limited liability company (the "Company"), hereby adopts the following resolutions:

**WHEREAS,** the Manager has received and reviewed information regarding the financial condition of the Company;

**WHEREAS,** the Manager has received information that necessary and immediate action to reorganize under the bankruptcy laws of the United States is necessary to prevent the immediate loss of the assets of the Company, which assets are principally located in Houston, Texas, and subsequent loss to creditors, other parties-in-interest, and the members of the Company;

**WHEREAS,** the Manager has sought and obtained the approval of the necessary and sufficient number of the members of the Company to approve the filing of a bankruptcy petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") to be filed in time to avoid the loss of the major assets of the Company;

**WHEREAS,** the Manger has determined that it needs the assistance of bankruptcy counsel to assist with the filing of a bankruptcy petition and has approved of Ritter Spencer Cheng PLLC for assistance with its reorganization;

**WHEREAS,** the Manager has determined that it is desirable and in the best interests of the Company and its creditors, and other parties in interest, that the Company reorganize under the Bankruptcy Code; it is hereby

**RESOLVED**, that the Company is authorized to hire and retain Ritter Spencer Cheng PLLC as counsel to the Company to advise the Company with respect to the case under Chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED,** that the Company and its Manager are authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary, or in the discretion of the Manager, appropriate, to file and prosecute a case under Chapter 11 of the Bankruptcy Code and take all other actions necessary in such case; and it is further

**RESOLVED,** that, subject to Bankruptcy Court approval, the law firm of Ritter Spencer Cheng PLLC is hereby employed and retained as general bankruptcy counsel for the Company.

*Remainder of page intentionally left blank*

___

Docusign Envelope ID: 57253046-2846-4FF7-A80E-D54E7D757204
Case 25-90606   Document 1   Filed in TXSB on 11/03/25   Page 7 of 7

DATED as of: November 2, 2025.

FP HOUSTON APARTMENTS LLC,
a Delaware limited liability company

By:     Nestfund Investments, LLC,
         a Delaware limited liability company,
         its Managing Member

       By: _____
             Dal Thandi, Manager

RESOLUTIONS OF THE MANAGER OF FP HOUSTON APARTMENTS, LLC
Page 2 of 2